No. 87–1979. CHESAPEAKE & OHIO RAILWAY CO. *v.* SCHWALB ET AL.; and

No. 88–127.   NORFOLK & WESTERN RAILWAY CO. v. GOODE. Sup. Ct. Va.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: No. 87–1979, 235 Va. 27, 365 S. E. 2d 742.